IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10937
(Summary Calendar)
_____


BARBARA A. ARBUCKLE,

                                        Plaintiff-Appellant,

                        versus

SHIRLEY S. CHATER,
Commissioner of Social Security,

                                        Defendant-Appellee.



- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(USDC No. 7:94-CV-127-X)
- - - - - - - - - - -
April 5, 1996
Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

    Barbara A. Arbuckle appeals the grant of summary judgment for
the Commissioner of Social Security affirming the denial of social
security benefits.  Arbuckle contends that the administrative law
judge (ALJ) failed to provide reasons for his finding that her
complaints of pain were not credible; that her pain, sleepiness,
moodiness, loss of dexterity, discomfort when sitting, and need to
lie down severely limit her ability to work; that the ALJ's finding
that she can perform a full range of light work is not supported by

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

substantial evidence because her nonexertional limitations preclude light work; and that the ALJ erred by relying on the medical-vocational guidelines to determine that she was not disabled.

We have reviewed the record and the briefs of the parties and find no reversible error.  Accordingly, we affirm for essentially the same reasons set forth by the district court.  *See Arbuckle v. Chater*, No. 94-CV-127-X (N.D. Tex. Sep. 13, 1995).

AFFIRMED.